**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Mahdad Zand

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF HIBLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | **Case No.:** 13-cv-1354 JGB (OP)<br><br>**PLAINTIFF JEFF HIBLER'S OBJECTION TO INTERVENOR HENRY ESPEJO'S PETITION TO INTERVENE; AND, MOTION TO TRANSFER**<br><br>**DATE:** October 21, 2013<br>**TIME:** 9:00 A.M.<br>**COURTROOM:** 1<br><br>**HON. JESUS G. BERNAL** |

///

///

///

Plaintiff JEFF HIBLER ("HIBLER") hereby submits the following objection to Intervenor HENRY ESPEJO's ("Espejo") Petition to Intervene [ECF No. 8]; and, Motion to Transfer [ECF No. 9].

Pursuant to Local Rule 7-3, seven days prior to the filing of a Motion, "[c]ounsel contemplating the filing of a motion shall first contact opposing counsel to discuss thoroughly...the substance of the contemplated motion and any potential resolution." In addition, the Moving Party shall also include the following statement in the Notice of Motion: "This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."

Here, both Espejo's Petition and Motion fail to comply with Local Rule 7-3 because Espejo failed to engage Hibler's counsel in the Conference of Counsel seven days prior to the filing of Espejo's Motions and fail to include the required statement in Espejo's Notice of Motions. Since Espejo's Motions are procedurally defective, Plaintiff requests this Court to strike Espejo's Petition and Motion. See *Memory Card Int'l v. St. Paul Fire & Marine Ins. Co.*, 2013 U.S. Dist. LEXIS 101552 (C.D. Cal. July 18, 2013), SACV121-316 D)C (ANx) (Failure to comply with L.R.-7-3 constitutes a "procedural reason for denying the Motion"); and, *Dial Corp. v. MG Skinner & Assocs.*, 180 Fed. Appx. 661 (9th Cir. Cal. 2006) ("the first two Motions were struck for failure to comply with Local Rule 7-3...").

Dated: September 23, 2013                    Respectfully submitted,

                                              **KAZEROUNI LAW GROUP, APC**


                                              By: ___/s/ Abbas Kazerounian_____
                                                   ABBAS KAZEROUNIAN, ESQ.
                                                   ATTORNEY FOR PLAINTIFF