Name and Address

Rafey S. Balabanian
Edelson LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jeff Hibler | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:13-cv-01354-JGB-OP |
| v. | |
| Santander Consumer USA, Inc. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III;* ***note that electronic signatures are not accepted.*** *Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

Balabanian, Rafey S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Edelson LLC
*Firm Name*

| 350 N. LaSalle Street | (312) 589-6370 | (312) 589-6378 |
|---|---|---|
| Suite 1300 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Chicago, Illinois 60654 | rbalabanian@edelson.com | |
| *City, State, Zip Code* | *E-Mail Address* | |

I have been retained to represent the following parties:

| Henry Espejo | ☐ *Plaintiff* ☐ *Defendant* ☒ *Other:* Plaintiff-Intervenor |
|---|---|
| | ☐ *Plaintiff* ☐ *Defendant* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Please see attached page | | |
| | | |
| | | |


Case 5:13-cv-01354-JGB-OP   Document 18   Filed 10/15/13   Page 2 of 5   Page ID #:500

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| <u>Case Number</u> | <u>Title of Action</u> | <u>Date of Application</u> | <u>Granted / Denied?</u> |
|---|---|---|---|
| Please see attached page | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California ?   ☒ Yes   ☐ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  9/24/13

Rafey S. Balabanian
*Applicant's Name (please type or print)*

*Applicant's Signature*


G-64 (06/13)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 2 of 3

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Reis, Sean P.

*Designee's Name (Last Name, First Name & Middle Initial)*

The Reis Law Firm, A.P.C.

*Firm Name*

30021 Tomas Street

Suite 300

*Street Address*

Rancho Santa Margarita, California 92688

*City, State, Zip Code*

(714) 352-5200

*Telephone Number*

(714) 352-5201

*Fax Number*

sreis@reisfirm.com

*E-Mail Address*

184044

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated   10/14/13

Sean P. Reis

*Designee's Name (please type or print)*

/s/ Sean P. Reis

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

5:13-cv-01354-JGB-OP

Rafey S. Balabanian has been admitted and is a member in good standing of the following bars:

| | |
|---|---|
| The Supreme Court of Illinois | 11/10/05 |
| United States District Court for the Northern District of Illinois | 1/12/06 |
| United States District Court for the Central District of Illinois | 11/9/09 |
| United States District Court for the Northern District of Florida | 5/31/11 |
| Seventh Circuit Court of Appeals | 8/15/08 |
| Ninth Circuit Court of Appeals | 12/17/10 |
| United States District Court for the District of Colorado | 3/16/12 |
| United States District Court for the Western District of Michigan | 1/10/13 |

Rafey S. Balabanian has made the following *Pro Hac Vice* applications to this Court:

| *Case Number* | *Title of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| 2:12-cv-00984-GAF-MAN | Parker v. Iolo Technologies LLC | 02/14/12 | Granted |
| 2:12-cv-00585-GAF-AGR | Baxter v. Rodale Inc. | 01/31/12 | Granted |
| 2:11-cv-05556-SJO-MRW | Dioquino v. Sempris, LLC | 09/20/11 | N/A |
| 2:11-cv-02328-AHM-AG | Boorstein v. Amazon.com Inc. | 03/24/11 | Granted |
| 2:09-cv-09127-SJO-PJW | Combe v. Intermark Communications, Inc. et al | 11/4/10 | Granted |
| 8:12-cv-00725-JVS-AN | Kulesa v. PC Cleaner, Inc. | 05/11/12 | Granted |
| 2:12-cv-04585-CBM-JC | Weiss v. Lemieux Group, LP | 06/4/12 | Granted |
| 2:12-cv-04336-SJO-JC | Sornberger v. Activision Blizzard Inc. | 06/26/12 | Granted |
| 2:12-cv-07472-SJO-E | Missaghi v. The Coca-Cola Company | 11/16/12 | Granted |



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Rafey Sarkis Balabanian
Edelson LLC
350 North LaSalle Drive
Suite 1300
Chicago, IL 60654-7582

Chicago
Monday, September 23, 2013

Re: Rafey Sarkis Balabanian
Attorney No. 6285687

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Rafey Sarkis Balabanian was admitted to the practice of law in Illinois on 11/10/2005; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Senior Deputy Registrar

RT