**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Jeff Hibler

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HIBLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | Case No.: 13-cv-1354 JGB (OP)<br><br>**PLAINTIFF JEFF HIBLER'S OBJECTION TO APPLICATION OF NON-RESIDENT ATTORNEY, RAFEY S. BALABANIAN, TO APPEAR *PRO HAC VICE***<br><br>HON. JESUS G. BERNAL |

///

///

///

## I. INTRODUCTION

Plaintiff JEFF HIBLER ("Hibler") hereby submits the following objection to Rafey S. Balabanian, Esq.'s ("Balabanian") *Pro Hac Vice* Request filed on October 15, 2013, ECF No. 18 on the grounds that (1) Balabanian's client, Henry Espejo ("Espejo"), is not a party to this action; and, (2) Balabanian is currently appearing or has appeared *pro hac vice* in more than forty actions in the Central District of California and other venues in California.

## II. APPLICABLE LAW

Pursuant to Local Rule 83-2.1, "[a]n appearance before the Court on behalf of **another party or a class** may be made only by an attorney admitted to the Bar of or permitted to practice before this Court (emphasis added)." Furthermore, Local Rule 83-2.3.1 permits ineligible attorneys that have "been retained to appear before this Court" to participate *pro hac vice* in a particular case. However, Local Rule 83-2.3.2 provides "an applicant is not eligible for permission to practice *pro hac vice* if the applicant (a) resides in California; or (b) is **regularly** employed in California; or (c) is **regularly** engaged in business, professional, or other similar activities in California.

## III. ARGUMENT

Here, Balabanian's *pro hac vice* application should be denied because (A) Balabanian does not represent a "party" in this action; and, (B) Balabanian regularly practices in the State of California.

### A. BALABANIAN'S *PRO HAC VICE* APPLICATION SHOULD BE DENIED BECAUSE BALABANIAN DOES NOT REPRESENT A "PARTY" IN THIS ACTION.

Hibler respectfully requests this Court deny Balabanian's *Pro Hac Vice* Application because Espejo is not a party to this action. On September 16, 2013, Espejo lodged a Petition to Intervene in this action for the sole purpose of transferring the action to the Northern District of Illinois. [See ECF No. 8]. While Espejo's Petition has been fully briefed, the matter, scheduled for October 21,

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

2013, has not yet been heard. As such, Balabanian cannot claim to be making an appearance on behalf of another party or class in this action. For that reason, Hibler asserts that Balabanian's *pro hac vice* application should be denied as premature. It should be noted; however, that Hibler does not object to Balabanian appearing *pro hac vice* **strictly** for purposes of pursuing Espejo's Petition to Intervene and Motion to Transfer.

### B. BALABANIAN'S PRO HAC VICE APPLICATION SHOULD BE DENIED BECAUSE BALABANIAN REGULARLY PRACTICES IN THE STATE OF CALIFORNIA.

In submitting Balabanian's *pro hac vice* application, Balabanian declared under the penalty of perjury that Balabanian is "not regularly employed in, or engaged in substantial business professional, or other activities in the State of California." See page, 2, Section II, paragraph 2 of Balabanian's application. The term "regularly" engaged in the practice of law has been interpreted to apply to as few as two cases within four months,[1] three cases in the last three years,[2] and four cases over the last four years.[3] See also, *Guguni v. Chertoff*, 2008 WL 2080788 (N.D. Cal. May 14, 2008 (five other cases held to be "regularly practices law"); *Mendoza v. Golden W. Sav. Ass'n Services, Co.*, 2009 WL 2050586 (C.D. Cal. July 7, 2009) (regular practice disqualifies counsel from *pro hac vice* admission).

Here, Balabanian has litigated at least forty-four cases in the State of California over the years. [See Table below]. As discussed above, the Northern District of California held that merely litigating four cases in four years was sufficient reason to deny *pro hac vice* admission. Given Balabanian's extensive litigation in the State of California, Hibler contends that Balabanian's *pro hac vice* application violates the Local Rules and should be denied.

---

[1] *Dupont Realty Corp. v. Evonik Degussa Corp.*, 2009 WL 1708757 (E.D.N.Y. June 17, 2009).

[2] *Spirit Locker, Inc. v. Evo Direct, LLC*, 2009 WL 1449062 (E.D.N.Y. May 22, 2009).

[3] *Pangborn v. Metlife, Inc.,* 2009 WL 1617679 (E.D.N.Y. June 9, 2009)

| BALABANIAN'S CONDUCT IN CALIFORNIA | |
|---|---|
| **CENTRAL DISTRICT OF CALIFORNIA** | 1. *Thomas v. Taco Bell Corporation, et al.*, 09-cv-1097 CJC (ANx)[4]<br><br>2. *Gomez v. Campbell-Ewald Company*, 10-cv-2007 DMG (CWx)[5]<br><br>3. *Combe v. Intermark Communications, Inc., et al.*, 09-cv-9127 SJO (PJWx)<br><br>4. *Boorstein v. Amazon.com Inc.*, 11-cv-2328 AHM (AGRx)<br><br>5. *Dioquino v. Sempris LLC*, 11-cv-5556 SJO (MRWx)<br><br>6. *Baxter v. Roadle Inc.*, 12-cv-585 GAF (AGRx)<br><br>7. *Parker v. Iolo Technologies LLC*, 12-cv-984 GAF (MANx)<br><br>8. *Kulesa v. PC Cleaner, Inc.*, 12-cv-725 FMO (ANx)<br><br>9. *Scornberger v. Activision Blizzard Inc.*, 12-cv-4336 SJO (JCx)<br><br>10. *Weiss v. Lemieux Group LP*, 12-cv-4585 CBM (JCx)<br><br>11. *Missaghi v. The Coca-Cola Company*, 12-cv-7472 SJO (Ex) |
| **SOUTHERN DISTRICT OF CALIFORNIA** | 12. *House v. NCO Financial Systems, Inc.*, 13-cv-685 JLS WMC |

---

[4] Balabanian failed to disclose this matter on Balabanian's *pro hac vice* application.

[5] Nor was this matter disclosed in Balabanian's *pro hac vice* application.

**PLAINTIFF JEFF HIBLER'S OBJECTION TO APPLICATION OF NON-RESIDENT ATTORNEY, RAFEY S. BALABANIAN, TO APPEAR *PRO HAC VICE***      PAGE 4 OF 7

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

| | | |
|---|---|---|
| | | 13. *Cornett v. Direct Brands, Inc., et al.*, 11-cv-1745 L (NLS) |
| | | 14. *North v. Guaranteed Rate, Inc.*, 11-cv-2179 WQH (WMC) |
| | | 15. *Herrera v. First National Collection Bureau, Inc.*, 13-cv-30 JAH BGS |
| | | 16. *Applewhite v. Cashcall, Inc.*, 13-cv-35 AJB (BLM) |
| | **NORTHERN DISTRICT OF CALIFORNIA** | 17. *Bradberry v. T-Mobile USA, Inc.*, 6-cv-6567 CW |
| | | 18. *Walker v. Motricity, Inc.*, 08-cv-3648 MHP |
| | | 19. *Zijdel v. Thumbplay, Inc., et al.*, 09-cv-3252 JW |
| | | 20. *Standiford v. Palm, Inc., et al.*, 09-cv-5719 LHK |
| | | 21. *Roling v. E*Trade Securities LLC*, 10-cv-488 EMC |
| | | 22. *Ducharme v. John C. Heath Attorney at Law PLLC, et al.*, 10-cv-2763 CRB |
| | | 23. *In re Netflix Privacy Litigation*, 11-cv-379 EJD |
| | | 24. *Farrell v. OpenTable, Inc.*, 11-cv-1785 SI |
| | | 25. *Lusskin, et al. v. Google, Inc., et al.*, 11-cv-2585 YGR |
| | | 26. *Prino v. BidRack Inc.*, 11-cv-3149 WHA |

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, UNIT D1**
**COSTA MESA, CA 92626**

**PLAINTIFF JEFF HIBLER'S OBJECTION TO APPLICATION OF NON-RESIDENT ATTORNEY, RAFEY S. BALABANIAN, TO APPEAR *PRO HAC VICE*** PAGE 5 OF 7

27. *Glauser v. Twilio, Inc., et al.*, 11-cv-2584 PJH

28. *Rodriguez v. Sony Computer Entertainment America, LLC, et al.*, 11-cv-4084 PJH

29. *Wood, et al v. Motorola Mobility, Inc.*, 11-cv-4409 YGR

30. *Yordy v. Plimus, Inc., et al.*, 12-cv-229 TEH

31. *Abreu v. Slide, Inc., et al.*, 12-cv-412 WHA

32. *Lagarde v. Support.com Inc.*, 12-cv-609 JSC

33. *In re LinkedIn User Privacy Litigation*, 12-cv-3088 EJD

34. *Worley v. Avanquest North America Inc.*, 12-cv-4391 WHO

35. *Bilodeau v. McAfee, Inc., et al.*, 12-cv-4589 LHK

36. *Trindade v. Reach Media Group LLC*, 12-cv-4759 PSG

37. *Robichaud v. SpeedyPC Software*, 12-cv-4730 LB

38. *Herrera v. Credit Bureau of Napa County, Inc.*, 13-cv-90 SI

39. *Mendoza v. UnitedHealth Group Incorporated, et al.*, 13-cv-1553 PJH

|  |  |
|---|---|
|  | 40. *Perrine v. Sega of America, Inc., et al.*, 13-cv-1962 JSW |
|  | 41. *Burchfield v. Corel Corporation et al.*, 13-cv-2025 LHK |
|  | 42. *Hopwood v. Nuance Communications, Inc.*, 13-cv-2132 YGR |
| EASTERN DISTRICT OF CALIFORNIA | 43. *Pelletier v. Pacific Webworks, Inc.*, 09-cv-3503 JKM (KJNx) |
|  | 44. *Fasugbe v. 1524948 Alberta LTD*, 10-cv-2320 WBS (KJNx) |

## IV. CONCLUSION

Based upon the foregoing, Hibler opposes Balabanian's application to appear *pro hac vice* in this action. Given that Balabanian's client is not a party to this action and that Balabanian has engaged in "substantial" and "regular" litigation over a period of years, Hibler contends that no "reasonable argument can be made that such is not a 'substantial' and 'regular' business activity in California. See *Taylor v. Chiang*, 2009 4530050 at *5.

Dated: October 18, 2013                                      Respectfully submitted,

                                                             **KAZEROUNI LAW GROUP, APC**


                                                             By: ___/s/ Abbas Kazerounian____
                                                                     ABBAS KAZEROUNIAN, ESQ.
                                                                     ATTORNEY FOR PLAINTIFF