**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL HIBLER COUNSEL ON SIGNATURE LINE]

**THE REIS LAW FIRM, A.P.C.**
Sean P. Reis, Esq. (SBN: 184044)
sreis@reisfirm.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (714) 352-5200
Facsimile: (714) 352-5201

**GOODWIN | PROCTER LLP**
Chad R. Fuller, Esq. (SBN: 190830)
cfuller@goodwinprocter.com
Naomi Spector, Esq. (SBN: 222573)
nspector@goodwinprocter.com
4365 Executive Drive, 3rd Floor
San Diego, CA 92121
Telephone: (858) 202-2700
Facsimile: (858) 457-1255

[ADDITIONAL SANTANDER COUNSEL ON SIGNATURE LINE]

[ADDITIONAL ESPEJO COUNSEL ON SIGNATURE LINE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HIBLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**SANTANDER CONSUMER USA, INC.,**<br><br>Defendant. | Case No.: EDCV13-1354 JGB (OPx)<br><br>**JOINT STIPULATION FOR BRIEFING SCHEDULE RE: HENRY ESPEJO'S BRIEF REGARDING THE APPROPRIATENESS OF CONSIDERING COMMENTS AND OBJECTIONS TO A PROPOSED CLASS ACTION SETTLEMENT AT THE PRELIMINARY APPROVAL STAGE [ECF NO. 30]; AND, HIBLER'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**<br><br>**HON. JESUS G. BERNAL** |

WHEREAS, Plaintiff Jeff Hibler ("Hibler") filed Hibler's Complaint for Damages and Injunctive Relief pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. against Defendant Santander Consumer USA, Inc. ("Santander") on August 2, 2013 [See ECF No. 1];

WHEREAS, Hibler and Santander settled their dispute following mediation on August 21, 2013 before the Honorable Leo S. Papas (Ret.) of Judicate West;

WHEREAS, Henry Espejo ("Espejo") filed a Petition to Intervene; and, a Motion to Transfer Case to the Northern District of Illinois on September 16, 2013 [See ECF Nos. 8; and, 9];

WHEREAS, Hibler and Santander filed Oppositions to Espejo's Petition and Motion on September 30, 2013 [See ECF Nos. 10-13];

WHEREAS, the Honorable Jesus G. Bernal heard oral arguments on Espejo's Petition and Motion on October 21, 2013 [See ECF No. 29];

WHEREAS, during said oral arguments, the Honorable Jesus G. Bernal ordered Espejo to file a brief regarding the appropriateness of considering comments and objections to a proposed class action settlement at the preliminary approval stage on or before November 4, 2013;

WHEREAS, Espejo filed said brief on November 4, 2013 [See ECF No. 30];

WHEREAS, the Parties have agreed to a proposed briefing schedule regarding Espejo's Brief; and, the filing of Hibler's Unopposed Motion for Preliminary Approval; and,

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that:

1. The deadline for Hibler and Santander to respond to Espejo's briefing is November 18, 2013;
2. Espejo will not file a reply to Hibler's and Santander's response;

//

3. The deadline for Hibler to file Hibler's Motion for Preliminary Approval is November 25, 2013;

4. In the event that this Court permits Espejo leave to file an early objection, said objection shall be filed by December 9, 2013;

5. In the event that this Court permits Espejo leave to file an early objection, Hibler and Santander shall respond to Espejo's objection by December 23, 2013;

6. Hibler's Motion for Preliminary Approval shall be heard on January 13, 2014.

Respectfully Submitted,

Dated: November 18, 2013                    **KAZEROUNI LAW GROUP, APC**

                                                      By:  /s/ Abbas Kazerounian
                                                              ABBAS KAZEROUNIAN, ESQ.
                                                              ATTORNEY FOR PLAINTIFF
                                                              JEFF HIBLER

**[ADDITIONAL COUNSEL FOR HIBLER]**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Dated: November 18, 2013                    **TROUTMAN SANDERS LLP**

                                                       By:  /s/ Chad R. Fuller
                                                            CHAD R. FULLER, ESQ.
                                                            ATTORNEY FOR DEFENDANT,
                                                           SANTANDER CONSUMER USA, INC.

**[ADDITIONAL COUNSEL FOR SANTANDER]**

**REED SMITH LLP**
Abraham J. Colman, Esq. (SBN: 146933)
acolman@reedsmith.com
Felicia Y. Yu, Esq. (SBN: 93316)
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Dated: November 18, 2013                    **THE REIS LAW FIRM**

                                                            By:  /s/ Sean P. Reis
                                                                 SEAN P. REIS, ESQ.
                                                                 ATTORNEY FOR MOVANT,
                                                                 HENRY ESPEJO

**[ADDITIONAL COUNSEL FOR ESPEJO]**

**EDELSON LLP**
Jay Edelson, Esq.
jedelson@edelson.com
Rafey S. Balabanian, Esq.
rbalabanian@edelson.com
Benjamin H. Richman, Esq.
brichman@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Polices and Procedures Manual, I hereby certify that the content of this document is acceptable to Chad R. Fuller, Esq.; and, Sean P Reis, Esq. and that I have obtained Mr. Fuller's; and, Mr. Reis' authorization to affix their electronic signatures to this document.

Dated: November 18, 2013             **KAZEROUNI LAW GROUP, APC**

                                     By:  /s/ Abbas Kazerounian
                                         ABBAS KAZEROUNIAN, ESQ.
                                         ATTORNEY FOR PLAINTIFF
                                         JEFF HIBLER