**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq.  (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone (800) 400-6808
Facsimile: (800) 520-5523

[Additional Hibler Counsel on Signature Line]

**EDELSON PC**
Mark S. Eisen, Esq. (SBN: 289009)
meisen@edelson.com
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4100

[Additional Espejo Counsel on Signature Line]

**TROUTMAN SANDERS LLP**
Chad R. Fuller, Esq (SBN: 190830)
chad.fuller@troutmansanders.com
Naomi Spector, Esq. (SBN: 222573)
naomi.spector@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6056
Facsimile: (858) 509-6040

[Additional Santander Counsel on Signature Line]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HIBLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>               Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>               Defendant. | Case No.  EDCV 13-1354 JGB (OPx)<br><br>**JOINT STATUS REPORT**<br><br>**HON. JESUS G. BERNAL** |

HYDE & SWIGART
San Diego, California

**P**laintiff Jeff Hibler ("Hibler"), Plaintiff/Objector Henry Espejo ("Espejo") and Defendant Santander Consumer USA Inc. ("Santander") (collectively, the "Parties"), by and through their undersigned counsel and pursuant to the Court's January 7, 2014 Minute Order [ECF No. 45], hereby provide the Court with a Joint Status Update concerning settlement, as follows:

On January 31, 2014, the Parties participated in a full-day mediation session before the Honorable Judge Papas (Ret) in San Diego, California. Although the Parties made significant progress during mediation, they did not reach a settlement. Settlement discussions are ongoing, and the Parties are continuing to negotiate the terms of a potential class-wide settlement. As such, the Parties hereby respectfully request that the Court continue to stay the above-captioned action until March 14, 2014.

Respectfully Submitted,

Dated: February 18, 2014                               **KAZEROUNI LAW GROUP, APC**

                                                       By:  /s/ Abbas Kazerounian
                                                            ABBAS KAZEROUNIAN, ESQ.
                                                            ATTORNEY FOR PLAINTIFF
                                                            JEFF HIBLER

[ADDITIONAL COUNSEL FOR HIBLER]

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

| | |
|---|---|
| Dated: February 18, 2014 | TROUTMAN SANDERS LLP |
| | By: /s/ Chad R. Fuller |
| |     CHAD R. FULLER, ESQ. |
| |     ATTORNEY FOR DEFENDANT, |
| |     SANTANDER CONSUMER USA, INC. |

[ADDITIONAL COUNSEL FOR SANTANDER]

**REED SMITH LLP**
Abraham J. Colman, Esq. (SBN: 146933)
acolman@reedsmith.com
Felicia Y. Yu, Esq. (SBN: 93316)
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   (213) 457-8000
Facsimile:    (213) 457-8080

| | |
|---|---|
| Dated: February 18, 2014 | **HENRY ESPEJO,** individually and on behalf of all others similarly situated, |
| | By: /s/ Benjamin H. Richman |
| |     BENJAMIN H. RICHMAN, ESQ. |
| |     *PRO HAC VICE* |
| |     ATTORNEY FOR HENRY ESPEJO |

**EDELSON PC**
Jay Edelson, Esq. (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian, Esq. (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman, Esq. (Admitted *Pro Hac Vice*)
brichman@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

1 **EDELSON PC**
Mark S. Eisen, Esq. (SBN: 289009)
2 meisen@edelson.com
555 West Fifth Street, 31st Floor
3 Los Angeles, California 90013
Telephone: (213) 533-4100
4

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chad R. Fuller, Esq.; and, Benjamin H. Richman, Esq. and that I have obtained Mr. Fuller's; and, Mr. Richman's authorization to affix their electronic signatures to this document.

Dated: February 18, 2014              **KAZEROUNI LAW GROUP, APC**

                                      By:  /s/ Abbas Kazerounian
                                          ABBAS KAZEROUNIAN, ESQ.
                                          ATTORNEY FOR PLAINTIFF
                                          JEFF HIBLER

**HYDE & SWIGART**
San Diego, California