Chad R. Fuller (SBN 190830)
Email: chad.fuller@troutmansanders.com
Naomi Spector (SBN 222573)
**TROUTMAN SANDERS LLP**
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6056
Fax: (858) 509-6040
*Counsel for Defendant Santander*

Abbas Kazerounian (SBN – 249203)
ak@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Tel: 800.400.6808
Fax: 800.520.5523
*Counsel for Plaintiff Jeff Hibler*

Mark S. Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor Los Angeles, California 90013 Tel: 213.533.4100
Fax: 213.947.6378
*Counsel for Plaintiff-Intervenor Espejo*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JEFF HIBLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>*and*<br><br>HENRY ESPEJO, individually and on behalf of all others similarly situated,<br><br>Plaintiff- Intervenor,<br><br>vs.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | Case No. 5:13-cv-01354-JGB-OPx<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable Jesus G. Bernal |

Plaintiff Jeff Hibler ("Hibler"), Plaintiff-Intervenor Henry Espejo ("Espejo"), and Defendant Santander Consumer USA, Inc. ("Santander") (collectively, the "Parties"), by and through their undersigned counsel, hereby provide the Court with the following Joint Status Report concerning settlement, and state as follows:

In their March 10, 2014 Joint Status Report (Dkt. No. 52), Plaintiff Espejo and Defendant Santander asked that the Court continue to stay this case until March 21, 2014, at which point they would submit an additional status report informing the Court whether they were able to schedule another private mediation session. Likewise, Plaintiff Hibler requested that the Court continue to stay the case to allow the parties additional time to further their settlement discussions.

Since submission of the March 10, 2014 Report, the Parties have had a telephonic settlement meeting, and Plaintiff Espejo has sent several written requests to Defendant Santander for additional information in furtherance of a potential, global settlement. In addition, on March 20, 2014, the Espejo Court (Hon. Charles P. Kocoras), continued the status hearing scheduled in that case until May 13, 2014 on report of mediation. *See Espejo v. Santander Consumer USA, Inc.*, Case No. 1:11-cv-08987 (N.D. Ill.), Dkt .No. 66. Furthermore, the Parties have tentatively agreed to a full-day mediation session before the Honorable Judge Anderson (Ret.) in Chicago, and are considering dates for mediation in mid to late April.

In light of these developments, the Parties jointly request that the Court continue to stay the *Hibler* case through and until May 13, 2014 in furtherance of additional settlement discussions.

Respectfully submitted,

**HENRY ESPEJO**, individually and on behalf of all others similarly situated,

Dated: March 21, 2014

By: /s/ Benjamin H. Richman
One of Espejo's Attorneys

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Mark S. Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 533.4100
*Counsel for Plaintiff-Intervenor Henry Espejo*

**JEFF HIBLER**, individually and on behalf of all others similarly situated,

Dated: March 21, 2014

By: /s/ Abbas Kazerounian
One of Hibler's Attorneys

Abbas Kazerounian
ak@kazlg.com
Matthew M. Loker
ml@kazlg.com
KAZEROUNI LAW GROUP APC
245 Fischver Avenue, Suite D1
Costa Mesa, California 92626
Tel: 800.400.6808
Fax: 800.520.5523

Joshua B. Swigart
josh@westcoastlitigation.com
HYDE AND SWIGART
411 Camino Del Rio South, Suite 301
San Diego, California 92108
Tel: 619.233.7770
Fax: 619.297.1022
*Counsel for Plaintiff Jeff Hibler*

**SANTANDER CONSUMER USA, INC.,**

Dated: March 21, 2014

By: /s/ Chad R. Fuller
One of Santander's Attorneys

Chad R. Fuller
chad.fuller@troutmansanders.com
Naomi B. Spector
naomi.spector@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130
Tel: 858.509.6056
Fax: 858.509.6040

Abraham J. Colman
acolman@reedsmith.com
Felicia Yu
fyu@reedsmith.com
Janet Maria Lee
jmlee@reedsmith.com
REED SMITH LLP
355 South Grand Ave., Suite 2900
Los Angeles, California 90071
Tel: 213.457.8000
Fax: 213.457.8080

*Counsel for Defendant Santander Consumer USA, Inc.*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Benjamin H. Richman and Abbas Kazerounian, and that I have obtained Mr. Richman's and Mr. Kazerounian's authorization to affix their electronic signatures to this document.

Dated: March 21, 2014

By: /s/ Chad R. Fuller
One of Santander's Attorneys

## CERTIFICATE OF SERVICE

I, Chad R. Fuller, an attorney, hereby certify that on March 21, 2014, I served the above and foregoing **Joint Status Report**, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Chad R. Fuller