Chad R. Fuller (SBN 190830)
Email: chad.fuller@troutmansanders.com
Naomi Spector (SBN 222573)
**TROUTMAN SANDERS LLP**
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6056
Fax: (858) 509-6040
*Counsel for Defendant Santander*

Abbas Kazerounian (SBN – 249203)
ak@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Tel: 800.400.6808
Fax: 800.520.5523
*Counsel for Plaintiff Jeff Hibler*

Mark S. Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor Los Angeles, California 90013 Tel: 213.533.4100
Fax: 213.947.6378
*Counsel for Plaintiff-Intervenor Espejo*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JEFF HIBLER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> and <br><br> HENRY ESPEJO, individually and on behalf of all others similarly situated, <br><br> Plaintiff- Intervenor, <br><br> vs. <br><br> SANTANDER CONSUMER USA, INC., <br><br> Defendant. | Case No. 5:13-cv-01354-JGB-OPx <br><br> **JOINT STATUS REPORT** <br><br> Judge: Honorable Jesus G. Bernal |

Pursuant to the Court's Minute Order Continuing Stay to May 13, 2014 (Dkt. No. 56), Plaintiff Jeff Hibler ("Hibler"), Plaintiff-Intervenor Henry Espejo ("Espejo"), and Defendant Santander Consumer USA, Inc. ("Santander") (collectively, the "Parties"), by and through their undersigned counsel, hereby provide the Court with the following Joint Status Report concerning settlement, and state as follows:

The Parties participated in a full-day mediation session before the Honorable Judge Anderson in Chicago on May 7, 2014. The Parties made significant progress during mediation and, by the conclusion, Espejo and Santander reached a potential settlement that will resolve the claims on a global basis, including the claims alleged in this case. The Parties are, however, in continued negotiations, and Santander is in the process of attempting to obtain settlement authority to accept Espejo's last offer. Espejo has asked that Santander provide an answer as to whether it has such authority by Monday, May 12, 2014, and to the extent that does not happen, the Court should allow the Parties to return to the *status quo ante*. Santander, for its part, believes that it will not be able to obtain an answer by Monday, but is working diligently to determine whether it can obtain the necessary settlement authority. Finally, based on the Parties' negotiations, if a final settlement is achieved, the Parties will move for preliminary Court approval in the Northern District of Illinois, where *Espejo v. Santander Consumer USA, Inc.* is pending, and this case will then be dismissed.

In light of the progress made, Santander respectfully requests that the Court continue the stay by ten days, until May 19, 2014, to allow the Parties additional time to negotiate the remaining settlement details and for Santander to try to obtain settlement authority. Espejo opposes such a request.

|     |                    |                                                                                 |
| --- | ------------------ | ------------------------------------------------------------------------------- |
| 1   |                    | Respectfully submitted,                                                         |
| 2   |                    | **HENRY ESPEJO**, individually and on behalf of all others similarly situated,  |
| 3   |                    |                                                                                 |
| 4   | Dated: May 9, 2014 | By: /s/ Benjamin H. Richman<br>    One of Espejo's Attorneys                    |

Jay Edelson (Admitted *pro hac vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *pro hac vice*)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Mark S. Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 533.4100
C*ounsel for Plaintiff-Intervenor Henry Espejo*

**JEFF HIBLER**, individually and on behalf of all others similarly situated,

Dated: May 9, 2014       By: /s/ Abbas Kazerounian
                             One of Hibler's Attorneys

Abbas Kazerounian
ak@kazlg.com
Matthew M. Loker
ml@kazlg.com
KAZEROUNI LAW GROUP APC
245 Fischver Avenue, Suite D1
Costa Mesa, California 92626
Tel: 800.400.6808
Fax: 800.520.5523

Joshua B. Swigart
josh@westcoastlitigation.com
HYDE AND SWIGART
411 Camino Del Rio South, Suite 301
San Diego, California 92108
Tel: 619.233.7770
Fax: 619.297.1022
*Counsel for Plaintiff Jeff Hibler*

| | |
|---|---|
| 1 | **SANTANDER CONSUMER USA, INC.,** |
| 2  Dated: May 9, 2014 | By: /s/ Chad R. Fuller |
| 3 | One of Santander's Attorneys |

Chad R. Fuller
chad.fuller@troutmansanders.com
Naomi B. Spector
naomi.spector@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130
Tel: 858.509.6056
Fax: 858.509.6040

Abraham J. Colman
acolman@reedsmith.com
Felicia Yu
fyu@reedsmith.com
Janet Maria Lee
jmlee@reedsmith.com
REED SMITH LLP
355 South Grand Ave., Suite 2900
Los Angeles, California 90071
Tel: 213.457.8000
Fax: 213.457.8080

*Counsel for Defendant Santander Consumer USA, Inc.*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Benjamin H. Richman and Abbas Kazerounian, and that I have obtained Mr. Richman's and Mr. Kazerounian's authorization to affix their electronic signatures to this document.

Dated: May 9, 2014    By: /s/ Chad R. Fuller
                         One of Santander's Attorneys

## CERTIFICATE OF SERVICE

I, Chad R. Fuller, an attorney, hereby certify that on May 9, 2014, I served the above and foregoing **Joint Status Report**, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Chad R. Fuller