Mark S. Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 W. Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.6378

*Counsel for Plaintiff-Objector Henry Espejo*

Abbas Kazerounian (SBN – 249203)
ak@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Tel: 800.400.6808
Fax: 800.520.5523

*Counsel for Plaintiff Jeff Hibler*

Chad R. Fuller (SBN – 190830)
chad.fuller@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Tel: 858.509.6056
Fax: 858.509.6040

*Counsel for Santander Consumer USA, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HIBLER, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br> and<br><br>HENRY ESPEJO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff-Objector,*<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>    *Defendant.* | No. 5:13-cv-01354-JGB-OP<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable Jesus G. Bernal |

Plaintiff Jeff Hibler ("Hibler"), Plaintiff-Objector Henry Espejo ("Espejo"), and Defendant Santander Consumer USA, Inc. ("Santander") (collectively, the "Parties"), by and through their undersigned counsel and pursuant to the Court's May 19, 2014 minute order (Dkt. 59), hereby provide the Court with the following Joint Status Report and state as follows:

Plaintiffs' Position:

In their May 9th Joint Status Report, the Parties informed the Court that they had proceeded with an all-day private mediation before the Honorable Wayne R. Andersen (ret.) of JAMS (Chicago) on May 7th and that although they did not reach a settlement, Santander was awaiting authority to accept Espejo's last offer. (Dkt. 57.) Espejo requested that Santander respond to the offer no later than May 12, 2014 and Santander represented that despite its belief that it would be unable to do so, it was working diligently toward the same. (*Id*.) Accordingly, the Court continued the stay of this matter until June 23, 2014, set a scheduling conference for the same day, and ordered that the Parties submit a further status report no later than June 16, 2014. (Dkt. 59.)

At this point, Santander has not responded to Espejo's settlement offer. As a result, Espejo intends to move forward with the litigation in the Northern District of Illinois.

For his part, Hibler intends to file bankruptcy in short order and therefore will not be a suitable class representative. Additionally, based on this anticipated filing, Hibler no longer wishes to continue prosecuting this matter and no longer supports the proposed class action settlement he previously reached with Santander. Accordingly, Hibler has requested that Santander stipulate to a dismissal of his claims in this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Santander has not yet confirmed whether it is amenable to a stipulated dismissal and therefore, Hibler intends to file a motion to voluntarily dismiss his claims pursuant to Fed. R. Civ. P.

41(a)(2) no later than June 19, 2014, which is a date consistent with the notice requirements under L.R. 7-3.

In light of Hibler's intention to seek a dismissal of his claims in this matter imminently, Hibler respectfully requests that the Court vacate the scheduling conference set for June 23rd pending a ruling on Hibler's motion to voluntarily dismiss.

<u>Defendant's Position</u>:

Pursuant to Paragraph 5.04 of the Settlement Agreement, entered into by and between Hibler and Santander on September 9, 2013, Class Counsel have an obligation to pursue the settlement in good faith, including by obtaining the participation of an additional class representative, if necessary:

> Representative Plaintiff, the Class, and Class Counsel represent and acknowledge that they shall in good faith take all appropriate steps in the Action necessary to acquire and preserve the jurisdiction of the Court, use their best efforts to cause the Court to grant Preliminary and Final Approval of this Agreement as promptly as possible . . . and take or join in such other steps as may be necessary to implement this Agreement and to effectuate the Settlement. This includes (a) the obligation to oppose objections and to defend, protect, and seek enforcement of the Agreement and the Settlement before the Court or before any other court or on appeal, if any; (b) to amend the pleadings and/or seek and obtain the participation of additional parties plaintiff, if necessary . . . .

*See* Settlement Agreement at ¶ 5.04.

In addition, Paragraph 5.04 of the Agreement states: "Representative Plaintiff, Class Counsel and Defendant represent that they have not, nor will they, (a) attempt to void this Agreement in any way; (b) opt out of the Settlement under this Agreement . . . ."

Absent information concerning Class Counsel's efforts to comply with these provisions and exercise their best efforts to effectuate the settlement, Santander cannot agree to a bilateral dismissal of this action.

| | |
|---|---|
| | Respectfully submitted, |
| | **HENRY ESPEJO**, individually and on behalf of all others similarly situated, |
| Dated:  June 16, 2014 | By:  /s/ Benjamin H. Richman<br>              One of Espejo's Attorneys |
| | Jay Edelson (Admitted *pro hac vice*)<br>jedelson@edelson.com<br>Rafey S. Balabanian (Admitted *pro hac vice*)<br>rbalabanian@edelson.com<br>Benjamin H. Richman (Admitted *pro hac vice*)<br>rbalabanian@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
| | Mark S. Eisen (SBN – 289009)<br>meisen@edelson.com<br>EDELSON PC<br>555 W. Fifth Street, 31st Floor<br>Los Angeles, California 90013<br>Tel: 213.533.4100<br>Fax: 213.947.6378 |
| | **JEFF HIBLER**, individually and on behalf of all others similarly situated, |
| Dated:  June 16, 2014 | By:  /s/ Abbas Kazerounian<br>              One of Hibler's Attorneys |
| | Abbas Kazerounian<br>ak@kazlg.com<br>Matthew M. Loker<br>ml@kazlg.com<br>KAZEROUNI LAW GROUP APC<br>245 Fischver Ave., Suite D1<br>Costa Mesa, California 92626<br>Tel: 800.400.6808<br>Fax: 800.520.5523 |
| | Joshua B. Swigart<br>josh@westcoastlitigation.com<br>HYDE AND SWIGART<br>411 Camino Del Rio South, Suite 301<br>San Diego, California 92108<br>Tel: 619.233.7770<br>Fax: 619.297.1022 |

|   |   |
|---|---|
| Dated:  June 16, 2014 | **SANTANDER CONSUMER USA, INC.**, <br><br> By:  /s/ Chad R. Fuller <br>        One of Santander's Attorneys <br><br> Chad R. Fuller <br> chad.fuller@troutmansanders.com <br> TROUTMAN SANDERS LLP <br> 11682 El Camino Real, Suite 400 <br> San Diego, California 92130 <br> Tel: 858.509.6056 <br> Fax: 858.509.6040 <br><br> Abraham J. Colman <br> acolman@reedsmith.com <br> Felicia Yu <br> fyu@reedsmith.com <br> Janet Maria Lee <br> jmlee@reedsmith.com <br> REED SMITH LLP <br> 355 South Grand Ave., Suite 2900 <br> Los Angeles, California 90071 <br> Tel: 213.457.8000 <br> Fax: 213.457.8080 |

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chad R. Fuller and Abbas Kazerounian, and that I have obtained Mr. Fuller's and Mr. Kazerounian's authorization to affix their electronic signatures to this document.

|   |   |
|---|---|
| Dated: June 16, 2014 | **EDELSON PC** <br><br> By: /s/ Benjamin H. Richman <br><br> *Attorney for Plaintiff-Objector* <br> *Henry Espejo* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 16, 2014, I served the above and foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF system.

/s/ Benjamin H. Richman