**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Jeff Hibler

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HIBLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | **Case No.:** 13-cv-1354 JGB (OP)<br><br>**NOTICE OF PLAINTIFF JEFF HIBLER'S MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)**<br><br>**DATE:** July 28, 2014<br>**TIME:** 9:00 A.M.<br>**COURTROOM:** 1<br><br>**HON. JESUS G. BERNAL** |

///
///
///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 28, 2014, at 9:30 a.m., before the United States District Court, Central District of California, Courtroom 1, 3470 Twelfth Street, Riverside, CA 92501, Plaintiff JEFF HIBLER ("Plaintiff") will move this Court for an order to dismiss Plaintiff from this Action pursuant to Fed. R. Civ. P. 41(a)(2).

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declarations, all other pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: June 19, 2014  By: /s/ Abbas Kazerounian
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF

---

NOTICE OF PLAINTIFF JEFF HIBLER'S MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)   PAGE 2 OF 2