Chad R. Fuller (SBN 190830)
Email: chad.fuller@troutmansanders.com
Naomi Spector (SBN 222573)
**TROUTMAN SANDERS LLP**
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6056
Fax: (858) 509-6040

Attorney for Defendant
Santander Consumer USA Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JEFF HIBLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | Case No. 5:13-cv-01354-JGB-OPx<br><br>**STATEMENT OF NON-OPPOSITION TO PLAINTIFF JEFF HIBLER'S MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)**<br><br>DATE: July 28, 2014<br>TIME: 9:00 a.m.<br>COURTROOM: 1<br><br>Judge: Honorable Jesus G. Bernal |

Pursuant to Local Rule 7-9, Defendant Santander Consumer USA, Inc. hereby gives notice that it does not oppose Plaintiff Jeff Hibler's Motion to Dismiss Plaintiff's Claims With Prejudice and the Putative Class Members Without Prejudice Pursuant to Fed. R. Civ. P. 41 (A)(2), Dkt. No. 61.

Respectfully submitted,

**SANTANDER CONSUMER USA, INC.**

Dated: July 7, 2014

By: /s/ Chad R. Fuller
     One of Santander's Attorneys

Chad R. Fuller
chad.fuller@troutmansanders.com
Naomi B. Spector
naomi.spector@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130
Tel: 858.509.6056
Fax: 858.509.6040

Abraham J. Colman
acolman@reedsmith.com
Felicia Yu
fyu@reedsmith.com
Janet Maria Lee
jmlee@reedsmith.com
REED SMITH LLP
355 South Grand Ave., Suite 2900
Los Angeles, California 90071
Tel: 213.457.8000
Fax: 213.457.8080

*Counsel for Defendant Santander Consumer USA, Inc.*

# CERTIFICATE OF SERVICE

I, Chad R. Fuller, an attorney, hereby certify that on July 7, 2014, I served the above and foregoing STATEMENT OF NON-OPPOSITION TO PLAINTIFF JEFF HIBLER'S MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2), by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Chad R. Fuller